UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

QBE INSURANCE COMPANY,

    Plaintiff,

vs.                                                                 Case No. 8:05-cv-56-T-24 MSS

J.S.K. TRUCKING, ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Notice Regarding Defendant J.S.K. Trucking's Bankruptcy (Doc. No. 27), which states that Defendant J.S.K. Trucking filed a petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Middle District of Florida, Case No. 6:03bk-03794-ABB, on April 7, 2003. Accordingly, it is ORDERED AND ADJUDGED that:

    a.      Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically **STAYED** as to Defendant J.S.K. Trucking;

    b.      Plaintiff may reinstate this case to active status as to Defendant J.S.K. Trucking upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings; if this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case as to Defendant J.S.K. Trucking;

    c.      Plaintiff is directed to file and serve, on or before November 15, 2005, and every six months thereafter, a status report regarding Defendant J.S.K. Trucking's bankruptcy proceedings; and

      d.      The Clerk is directed to **VACATE** the entry of default (Doc. No. 25) that was entered against Defendant J.S.K. Trucking on May 18, 2005.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of May, 2005.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record